■ ERENA TOPCHIEVA, Respondent, v THE LOVETT COMPANY, LLC, et al., Appellants, et al., Defendant. [990 NYS2d 815]—

Order, Supreme Court, New York County (Joan M. Kenney, J.), entered August 20, 2013, which denied the motion of defendants the Lovett Company, L.L.C. and the Lex 54 Condominium for summary judgment dismissing the complaint, unanimously affirmed, without costs.

As clearly depicted on the surveillance video included in the record, plaintiff was injured when she slipped and fell immediately upon entering the lobby of defendants' building. One of the lobby's double glass doors was closed and locked, while the door through which plaintiff entered was unlocked and periodically held open by the doorman for pedestrians who were entering and exiting the building, including plaintiff. The evidence shows that while a mat was placed at the threshold, it was primarily placed in front of the locked door. After examining the video, we conclude that Supreme Court correctly held that there was an issue of fact as to whether defendants were negligent in their placement of the mat. Concur—Mazzarelli, J.P., Friedman, Saxe, Manzanet-Daniels and Feinman, JJ. 